Anna C. Heinkel, administratrix of the estate of Marie Eder, deceased, defendant in error, v. Arthur Maes, plaintiff in error. Gen. No. 8,504.

Heard in this court at the February term, 1932. Opinion filed October 18, 1932. Rehearing denied February 16, 1933.

E. V. Orvis, for plaintiff in error. J. K. Orvis and Irving Goodman, for defendant in error.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Belvidere National Bank of Belvidere, N. J., appellant, v. Karl Zepp, appellee. Gen. No. 8,508.

Heard in this court at the May term, 1932. Opinion filed October 18, 1932. Rehearing denied and opinion modified February 16, 1933.

Ira J. Covey, Edwin L. Covey and Arthur A. Raimond, for appellant. Shelton F. McGrath and Arthur B. Copeland, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Mary Doubet Cassell, administratrix of the estate of Corrine May Shelton, deceased, appellee, v. City of Peoria, appellant. Gen. No. 8,516.

Heard in this court at the May term, 1932. Opinion filed October 18, 1932. Rehearing denied February 16, 1933.

Charles C. Dickman and Carl M. Behrman, for appellant. Clarence W. Heyl, for appellee; Heyl & Heyl, of counsel.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

In re Estate of Irving Thomas Cassingham, deceased. Gen. No. 8,523.

Heard in this court at the May term, 1932. Opinion filed October 18, 1932.

Hartzell, Cavanagh & Martin, for appellants. O'Harra, O'Harra & Roeth and Nelson, Neagle & Gustafson, for appellees.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Theodore Goldsmith et al., appellees, v. Jane Dowie et al., appellants. Gen. No. 8,505.

Opinion filed October 18, 1932.

Morton S. Cressy and Preston Clark, for certain appellant. Litchfield & Snyder, for appellees; Gerald C. Snyder, of counsel.

Mr. Justice Baldwin delivered the opinion of the court.